JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD-AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS, a non-profit corporation, as successor-in-interest to SCREEN ACTORS GUILD, INC., on behalf of Affected Performers,<br><br>    Petitioner,<br><br>v.<br><br>RYAN JOHNSON<br><br>    Respondent. | Case No. 2:15-cv-02202-DMG-PJWx<br><br>**JUDGMENT** |

    The regularly noticed Motion for Order Confirming Arbitration Award and Entry of Judgment in Conformity Therewith of Petitioner Screen Actors Guild-American Federation of Television and Radio Artist ("Union"), as successor-in-interest to Screen Actors Guild, Inc., came before the Court.

    Having considered the unopposed pleadings and arguments submitted by the Union in connection with this motion and having granted the motion on May 15, 2015 [Doc. # 13]:

1  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in this case in favor of the Union as follows:

1. The Arbitration Award in favor of the Union, as successor-in-interest to the Screen Actors Guild, Inc., and against RYAN JOHNSON, Union Case No. TM 5750, dated March 28, 2011, is confirmed in all respects.

2. RYAN JOHNSON is ordered to pay the following:

   (a) To Union, on behalf of affected performers, the sum of $279,409.94;

   (b) To Union for its attorney's fees incurred in this action, the sum of $2,400.00; and

   (c) To Union for its costs incurred in this action, the sum of $400.00.

DATED: May 15. 2015

_____
Dolly M. Gee
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28